Neva-Wet Corporation of America, Inc., Respondent, v. Never Wet Processing Corporation and Phil Klein, Appellants, Impleaded with Another. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint as well as the counterclaims.

Bertha Carroll and William Carroll, Respondents, v. Thomas E. Murray, Jr., as Receiver of the Interborough Rapid Transit Company, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiffs stipulate to reduce the judgment as entered in favor of the plaintiff Bertha Carroll to the sum of $5,200.20, and in favor of the plaintiff William Carroll to the sum of $500; in which event the judgment as so modified affirmed, without costs No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote for reversal and dismissal of the complaint on the ground that there was no actionable negligence proved. Settle order on notice.

State Street Trust Company, Appellant, v. Alwin C. Ernst and Others, Respondents.— Judgment, and order so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

John Stephenson, Respondent, v. Carolyn Stephenson, Appellant.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to reverse and reinstate the verdict.

Starrett Brothers and Eken, Incorporated, Respondent, v. Finkelstein & Tunick, Inc., and Others, Appellants, Impleaded with Another.— Orders affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and grant motion to dismiss the complaint.

The People of the State of New York, Respondent, v. Sophronia Thompson, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

Marie L. Gleason, Appellant, v. Jennie L. Reddy, as Administratrix, etc., of Arthur J. Reddy, Deceased, Interpleaded Herein and Substituted for the Travelers Insurance Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

Murray R. Realty Co., Inc., Respondent, v. President and Directors of the Manhattan Company (Named in the Summons as Bank of The Manhattan Company), Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.

George A. Spennichia, an Infant, etc., by Mary Spennichia, His Guardian ad Litem, and Mary Spennichia, Respondents, v. Fredland Realty Corp., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.